# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHNSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DAVE DAVEY,<br><br>　　　　Respondent. | Case No. 1:17-cv-00602-SKO HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION<br><br>(Doc. 5) |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner has advised the Court that he is presently incarcerated in Valley State Prison, Chowchilla, California. As a result, Raythel Fisher, Warden of Valley State Prison, has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption to reflect the name of Raythel Fisher, Warden, Valley State Prison, as Respondent.

IT IS SO ORDERED.

Dated: **May 22, 2017**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1